No. 126. MUSHER FOUNDATION, INC. *v.* ALBA TRADING
CO., INC. October 12, 1942. Petition for writ of cer-
tiorari to the Circuit Court of Appeals for the Second

Circuit denied. *Mr. Harry Price* for petitioner. *Mr. Joseph Joffe* for respondent.